█ ADOLPH L. JEFF et al., Appellants, v. CHARLES J. NORMAND, Respondent.— Judgment and order reversed, with costs and motion for summary judgment denied, with $10 costs, on the ground that there were questions of fact presented which should be resolved upon a trial. All concur. (Appeal from a judgment of Monroe County Court dismissing plaintiffs' complaint on motion of defendant, in an action in fraud, breach of contract, and breach of warranty. The order granted defendant's motion to strike out the summons and complaint and for summary judgment.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

█ CHESTER ZDOLINSKI, Appellant, v. KREUGER TRUCKING COMPANY, INC., et al., Respondents.— Orders affirmed, without costs of this appeal to any party. All concur, except Bastow, J., who dissents and votes for reversal of the orders appealed from on the ground that the determinations of Special Term were an abuse of discretion. (Appeal from two orders of Erie Special Term (1) denying plaintiff's motion to restore the action to the General Calendar, and (2) granting defendants' motion to dismiss plaintiff's complaint for failure to prosecute, in a negligence action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.